### Commonwealth *v.* Van Wetering, Appellant.

Argued June 11, 1974. *Richard S. Campagna,* with him *Joseph T. McDonald,* for appellant; *Charles F. Wilson,* Assistant District Attorney, with him *Ernest D. Preate, Jr.,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., absent.